UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAMON CONLEY                    JURY TRIAL DEMANDED

v.                                       CASE NO. 3:14 cv

SMITH & COHEN LLC
BRIGHTWATER CAPITAL, LLC
KEIRAN M. O'SHEA

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times.

4. Plaintiff is a consumer within the FDCPA, in that the account involved in defendants' collection efforts arose out of a personal credit card account with Belden's Jewelers.

5. Defendant Brightwater purchased the Belden's account after it became in default, for pennies on the dollar.

6. Defendant Brightwater regularly purchases and attempts to collect on defaulted consumer accounts such as plaintiff's.

7. Defendant Brightwater retained defendant Smith & Cohen to collect plaintiff's account.

8. Defendant Smith & Cohen regularly collects consumer debts through the use of the telephone or mail.

9. Defendant O'Shea owns Smith & Cohen, manages its daily collection operations

and had knowledge of, approved, participated in, and ratified the collection tactics at issue herein.

10. Each defendant was required to be licensed by the Connecticut Department of Banking in order to legally collect consumer accounts from Connecticut residents.

11. Neither defendant was licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes in January 2014, when communicating in connection with efforts to collect plaintiff's personal account.

12. Unlicensed collection activity violates the FDCPA. Goins v. JBC & Associates, P.C., 352 F. Supp. 2d 262 (D. Conn. 2005).

13. In the collection efforts, the defendant violated the FDCPA, § 1692e or –f.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net